# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149494(68)

MAKENZIE GREER, a Minor, KENNETH
GREER, Individually and as Conservator, and
ELIZABETH GREER,

       Plaintiffs-Appellees/
       Cross-Appellants,

v

SC: 149494
COA: 312655
Kent CC: 10-009033-NH

ADVANTAGE HEALTH and ANITA R. AVERY,
M.D.,

       Defendants-Appellants/
       Cross-Appellees,

and

TRINITY HEALTH MICHIGAN, d/b/a ST.
MARY'S HOSPITAL and KRISTINA MIXER,
M.D.,

       Defendants.

_____/

       On order of the Chief Justice, the motion of the Michigan Association for Justice
for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on
August 28, 2015, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015

